IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE KRAXBERGER, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO: 24-CV-5900 |
| | : | |
| SMB TEAM, LLC | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, by and through their undersigned counsel, hereby Moves for Summary Judgment pursuant to Fed. R. Civ. P. 56, and submits a Memorandum of Law and accompanying Exhibits in support thereof. Summary Judgment should be granted in favor of Defendant.

**LOVITZ LAW FIRM, P.C.**

BY: _____
KEVIN I. LAW LOVITZ, ESQUIRE
ID # 70184
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
(215) 735-1996 Phone
(215) 735-1515 Fax
*Attorney for Defendant, SMB Team LLC*