IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE KRAXBERGER,** *Plaintiff,* v. **SMB TEAM, LLC,** *Defendant.* | Civil No. 24-5900 |

## ORDER

**AND NOW**, on this 12th day of November, 2025, upon considering Plaintiff's Motion to Strike Defendant's Video Evidence (ECF No. 37) and all corresponding briefing, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge