IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE KRAXBERGER,**<br>        *Plaintiff,*<br><br>    v.<br><br>**SMB TEAM, LLC,**<br>        *Defendant.* | Civil No. 24-5900 |

### ORDER

**AND NOW**, on this 5th day of January, 2026, upon considering Plaintiff's Amended Motion for Summary Judgment (ECF No. 52), Defendant's Motion for Summary Judgment (ECF No. 36), and all corresponding briefing, it is hereby **ORDERED** that both motions are **DENIED**.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge